## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Corsini v. Dentons US LLP**　　　Docket No.: **25-2710**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Robert M. McCutcheon

Firm: Boies Schiller Flexner LLP

Address: 1401 New York Avenue, N.W., Washington, DC 20005

Telephone: 202-237-2727　　　Fax: 202-237-6131

E-mail: rmccutcheon@bsfllp.com

Appearance for: Boies Schiller Flexner LLP/Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: Eric J. Brenner/Boies Schiller Flexner LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Robert M. McCutcheon

Type or Print Name: Robert M. McCutcheon